UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF KENTUCKY
LEXINGTON DIVISION

IN RE:

DARLENE MARIE RICKER

CASE NO. 14-52562
CHAPTER 7

DEBTOR

## NOTICE OF NO PAYMENT ADVICES

Comes Darlene Marie Ricker (the "Debtor"), by counsel, and states that the Debtor has not received any payroll checks, stubs or other payment advices during the sixty (60) days prior to the filing of the petition herein. Therefore, no payment advices could be provided to the Trustee or United States Trustee's Office.

Respectfully submitted,

DELCOTTO LAW GROUP PLLC

 /s/  Clair Edwards, Esq.
KY Bar No. 93093
200 North Upper Street
Lexington, KY  40507
Telephone:  (859) 231-5800
Facsimile:   (859) 281-1179
cedwards@dlgfirm.com
COUNSEL FOR DEBTOR

## CERTIFICATE OF SERVICE

This document has been electronically filed and served via the Court's ECF System on November 20, 2014.

/s/  Clair Edwards, Esq.
COUNSEL FOR DEBTOR

Z:\Clients\Ricker, Darlene (CE-HLP)\Pleadings\NOTICE no payment advices  20141120.doc